IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-743-JLK-LTM** (consolidated with 09-cv-1093-JLK-LTM)

**VIESTI ASSOCIATES, INC., et al**.

  Plaintiff,

v.

**HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY and R.R. DONNELLEY & SONS COMPANY**,

  Defendants.

# ORDER OF CONSOLIDATION

Kane, J.

  Defendants' Unopposed Motion to Consolidate (doc. #18), filed August 4, 2009, is GRANTED. Case No. 09-cv-01093-JLK-LTM is consolidated with this action as indicated in the caption above.

  Dated this 12th day of August, 2009.

              BY THE COURT:

              *s/John L. Kane*
              John L. Kane, Senior Judge
              United States District Court