**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn**

Civil Action No.  09-cv-00743-JLK-LTM

VIESTI ASSOCIATES, INC.,

      Plaintiff,

vs.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and
R.R. DONNELLEY & SONS COMPANY,

      Defendants.

---

**ORDER RE: JOINT MOTION FOR PROTECTIVE ORDER (docket # 25)**

---

The Court hereby GRANTS the Joint Motion for Protective Order (docket # 25), and therefore, ORDERS that the Stipulation and Protective Order be GRANTED.

DATED at Grand Junction, Colorado, this 01st day of September, 2009.

                        BY THE COURT:

                        s/Laird T. Milburn

                        Laird T. Milburn
                        United States Magistrate Judge