**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn**

Civil Action No.  09-cv-00743-JLK-LTM (Consolidated with 09-cv-01093-JLK-LTM)

VIESTI ASSOCIATES, INC.,
TED SACHER, and
JULIA LUCICH,

      Plaintiffs,

vs.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and
R.R. DONNELLEY & SONS COMPANY,

      Defendants.

---

**ORDER RE: UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT (09-cv-01093-JLK-LTM)**(docket # 36)

---

The Court, having reviewed Unopposed Motion for Leave to File Plaintiffs' First Amended Complaint (09-cv-01093-JLK-LTM)(docket # 36), and having reviewed the file, hereby ORDERS that the motion is **GRANTED**, for Plaintiffs' to file First Amended Complaint.

DATED at Grand Junction, Colorado, this 30th day of September, 2009.

                                  BY THE COURT:

                                  s/Laird T. Milburn
                                  _____
                                  Laird T. Milburn
                                  United States Magistrate Judge