**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn**

Civil Action No.  09-cv-00743-JLK-LTM (Consolidated with 09-cv-01093-JLK-LTM)

VIESTI ASSOCIATES, INC.,

      Plaintiffs,

vs.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and
R.R. DONNELLEY & SONS COMPANY,

      Defendants.

---

**ORDER RE: UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' SECOND AMENDED COMPLAINT** (docket # 35)

---

The Court, having reviewed Unopposed Motion for Leave to File Plaintiffs' Second Amended Complaint (docket # 35), and having reviewed the file, hereby ORDERS that the motion is **GRANTED**, for Plaintiffs' to file Second Amended Complaint**.**

DATED at Grand Junction, Colorado, this 30th day of September, 2009.

                                        BY THE COURT:

                                        s/Laird T. Milburn
                                        _____

                                        Laird T. Milburn
                                        United States Magistrate Judge