IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00743-JLK-LTM (consolidated with 09-cv-1093-JLK-LTM)

VIESTI ASSOCIATES, INC.,
TED SACHER,
JULIA LUCICH and
JAMES PRIGOFF,

      Plaintiffs,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY and
R.R. DONNELLEY & SONS COMPANY,

      Defendants.

---

## ORDER GRANTING PARTIES' JOINT MOTION FOR AMENDING THE SCHEDULING AND DISCOVERY ORDER (CASE NUMBER 09-CV-00743-JLK-LTM and CASE NUMBER 09-CV-1093-JLK-LTM)

---

Upon consideration of the Parties' Joint Motion For Amending The Scheduling And Discovery Order (Case Number 09-cv-00743-JLK-LTM and Case Number 09-cv-1093-JLK-LTM), filed on November 3, 2009, it is

ORDERED that the Scheduling And Discovery Order (Doc. No. 44) is amended as follows:

*Case No. 09-cv-00743-JLK-LTM:* The deadline for Joinder of Parties and Amendment of Pleadings is November 12, 2009.

*Case No. 09-cv-00743-JLK-LTM and Case No. 09-cv-1093-JLK-LTM:*

The deadline for the parties to designate experts and provide the information specified in Fed. R. Civ. P. 26(a)(2) is January 15, 2010. The deadline for the parties to designate rebuttal experts and provide the information specified in Fed. R. Civ. P. 26(a)(2) is February 15, 2010.

The deadline for the parties to propound their second set of interrogatories and requests for production of documents is November 5, 2009; the third sets shall be propounded on or before December 16, 2009 and the final sets shall be propounded on or before January 22, 2010.

DATED: _Nov. 9, 2009_, 2009

BY THE COURT:

_____

United States District Court, Magistrate Judge