IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00743-JLK-LTM (consolidated with 09-cv-1093-JLK-LTM)

VIESTI ASSOCIATES, INC.,

    Plaintiff,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY and
R.R. DONNELLEY & SONS COMPANY,

    Defendants.

---

ORDER GRANTING MOTION FOR LEAVE
TO FILE THIRD AMENDED COMPLAINT
(CASE NUMBER 09-CV-00743-JLK-LTM)

---

Upon consideration of the Unopposed Motion For Leave To File Plaintiff's Third Amended Complaint And Extend Time For Defendants' Response (Case Number 09-cv-00743-JLK-LTM), filed on November 6, 2009 it is

ORDERED that the motion is granted and the Third Amended Complaint attached thereto is accepted for filing in case 09-cv-00743-JLK-LTM;

FURTHER ORDERED that Defendants shall file their Response to the Third Amended Complaint no later than thirty days from today's date.

DATED: *November 11*, 2009

BY THE COURT:

*[signature]*

United States District Court, *Magistrate Judge*