**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn**

Civil Action No.  09-cv-00743-JLK-LTM (Consolidated with 09-cv-01093-JLK-LTM)

VIESTI ASSOCIATES, INC.,

    Plaintiffs,

vs.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and
R.R. DONNELLEY & SONS COMPANY,

    Defendants.

---

**ORDER RE: PLAINTIFF'S MOTION TO AMEND/CORRECT/MODIFY
SCHEDULING and DISCOVERY ORDER (docket # 47) AND
DEFENDANTS' MOTION TO COMPEL** (docket # 52)

---

The Court, having been informed that the case has settled, hereby **DENIES** Plaintiff's Motion to Amend/Correct/Modify Scheduling and Discovery Order (docket # 47) and Defendants' Motion to Compel (docket # 52) as **MOOT**.

DATED at Grand Junction, Colorado, this 9th day of December, 2009.

                                            BY THE COURT:

                                            s/Laird T. Milburn
                                            _____
                                            Laird T. Milburn
                                            United States Magistrate Judge