IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-743-JLK-LTM** (consolidated with 09-cv-1093-JLK-LTM)

**VIESTI ASSOCIATES, INC.**,

 Plaintiff,

v.

**HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY and R.R. DONNELLEY & SONS COMPANY**,

 Defendants.

Civil Action No. **09-cv-1093-JLK-LTM** (consolidated with 09-cv-743-JLK-LTM)

**VIESTI ASSOCIATES, INC.,**
**TED SACHER,**
**JULIA LUCICH**, **and**
**JAMES PRIGOFF,**

 Plaintiffs,

v.

**HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY and R.R. DONNELLEY & SONS COMPANY**,

 Defendants.

## ORDER OF DISMISSAL

Judge John L. Kane ORDERS

 Upon consideration of the Stipulation of Dismissal of Case With Prejudice, it is

 **ORDERED** that these consolidated cases are **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

 Dated: December 22, 2009

              BY THE COURT:

          *s/John L. Kane*
          John L. Kane, Senior Judge
          United States District Court